UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. William M. Wyatt                                Docket No. 2:16-CR-15-1BO

**Petition for Action on Supervised Release**

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William M. Wyatt, who, upon an earlier plea of guilty to Failing to Update Registration Under the Sex Offender Registration and Notification Act After Having Traveled in Interstate Commerce, 18 U.S.C. § 2250 (a), was sentenced in the Southern District of Ohio by the Honorable Michael H. Watson, U.S. District Judge, on August 5, 2014, to the custody of the Bureau of Prisons for a term of 6 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William M. Wyatt was released from custody on September 11, 2014, at which time the term of supervised release commenced. On May 9, 2016, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently in sex offender treatment in Roanoke Rapids, North Carolina, and the treatment provider has recommended he participate in polygraph examinations.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Bentley H. Massey
Bentley H. Massey
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8815
Executed On: February 3, 2017

William M. Wyatt
Docket No. 2:16-CR-15-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___6___ day of ___February___, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge